# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LILA HASSAN,** <br> 7902 Bay Parkway Apt. C1 <br> Brooklyn, NY 11214 <br><br> **Plaintiff,** <br><br> v. <br><br> **U.S. DEPARTMENT OF HOMELAND SECURITY,** <br> 2707 Martin Luther King Jr. Avenue SE <br> Washington, D.C. 20528 <br><br> **U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,** <br> 500 12th St., SW <br> Washington, D.C. 20536 <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## COMPLAINT

1. Plaintiff, LILA HASSAN, files this Freedom of Information Act suit to force Defendants U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS") and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE") to comply with HASSAN's FOIA requests for data regarding all incidents of critical incident weapons discharge by the ICE agents or employees in the course of detaining or arresting suspects.

## PARTIES

2. Plaintiff LILA HASSAN is a freelance journalist and made the FOIA requests at issue in this case.

3. Defendant U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

4.	Defendant U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE") is a component of DHS and federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

5.	This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court.  *See* 28 U.S.C. § 1331.

6.	Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## FEBRUARY 11, 2020, FOIA REQUEST TO ICE (FIREARMS USAGE)

7.	On February 11, 2020, HASSAN submitted a FOIA request to ICE for the "locations (city, state), dates, and names of the arrested of all of the critical incident weapons discharged (i.e., firearms usage) over the past five years" between FY 2016 and FY 2020, to date as of February 7, 2020.  Exhibit A.

8.	HASSAN formulated the FOIA request based on a news article which cited Danielle Bennett, Spokesperson of ICE, who provided The New York Times with information that "agency employees had discharged firearms around 10 times a year on average in the past four years."  Exhibit B; Annie Correal and Ed Shanahan, *Shooting of Man in the Face by ICE Turns Into a Trump-New York Fight,* The New York Times (Feb. 11, 2020), https://www.nytimes.com/2020/02/11/nyregion/ice-officer-shooting.html.

9.	 Ms. Bennett provided the breakdown of firearms usage of ICE special agents and officers to HASSAN in response to the media inquiry on February 11, 2020.  Ms. Bennett stated additional information would have to be requested through a Freedom of Information Act request.  *Id.*

10. On March 16, 2020, ICE acknowledged receipt of the request and assigned reference number 2020-ICFO-27750 to the matter. Exhibit C.

11. In that letter, ICE stated that as the request is written, HASSAN must provide a third-party authorization forms to obtain the names of individuals who have been arrested by ICE and had critical weapons discharged at them. *Id.*

12. On April 2, 2020, HASSAN agreed to revise the request by removing the request for names of the arrestees. *Id.*

13. Having heard no further response from ICE, HASSAN amended the original request to include "ages of all arrested individuals" and expanded the timeline of the search to include "August 2020 and every month of FY 2020 through the date this request is ultimately fulfilled" on August 11, 2020. Exhibit D.

14. On August 25, 2020, ICE denied the request in its entirety citing Exemptions 6, 7(C), and 7(E). Exhibit E.

15. On November 17, 2020, HASSAN appealed the denial. Exhibit F.

16. HASSAN stated that 1) the original request did not seek any personal or private information of DHS employees; 2) the request specifically excluded certain data that would concern privacy of the arrestees (i.e., names of the arrested); and 3) the request did not include disclosure of any obscure investigative tactics. *Id.*

17. On November 18, 2020, ICE acknowledged receipt of the appeal and assigned reference number 2021-ICAP-00177 to the appeal. Exhibit G.

18. On December 16, 2020, ICE determined that "information previously withheld may be releasable" under FOIA and remanded the request to the ICE FOIA Office for reprocessing. Exhibit H.

19. In that letter, ICE also addressed the amended request that HASSAN submitted on August 11, 2020, and asked HASSAN to submit a new request to the extent HASSAN would like to search for different records. *Id.*

20. Between January 27, 2021, and March 12, 2021, HASSAN asked ICE for an estimated date of completion for ICE's remanded response on five separate occasions. Exhibit I.

21. On March 15, 2021, ICE stated that it is "not able to determine the completion" of the request "at this time." Exhibit J.

22. As of the date of this filing, ICE has not issued a remanded determination.

23. As of the date of this filing, ICE has produced no records responsive to the request. Nor has Defendant complied with the statutory requirement under 5 U.S.C. § 552(a)(7)(B)(ii) to furnish an estimated completion date when requested.

## JANUARY 4, 2021, FOIA REQUEST TO ICE (AGE & LOCATION)

24. On January 4, 2021, HASSAN submitted a FOIA request to ICE for "[t]he ages of all arrested individuals of all the critical incident weapons discharged (i.e., firearms usage) of all of FY 2016, FY 2017, FY 2018, FY 2019, and FY 2020 until February" and "[t]he locations (city, state), dates, and ages of all arrested individuals of all of the critical incident weapons discharges from February 2020 until to the date the agency conducts the search." Exhibit K.

25. HASSAN requested a fee waiver and expedited processing of the request. *Id.*

26. On February 24, 2021, ICE acknowledged receipt of the request, assigned reference number 2021-ICFO-30448 to the matter, and granted expedited processing of the request. Exhibit L.

27. Over the next few weeks, HASSAN sought clarification on the reference number and the estimated date of completion of the request on three separate occasions, but ICE never responded. Exhibit M.

28. As of the date of this filing, ICE has not issued a determination.

29. As of the date of this filing, ICE has not complied with FOIA and has produced no records responsive to the request. Nor has Defendant complied with the statutory requirement under 5 U.S.C. § 552(a)(7)(B)(ii) to furnish an estimated completion date when requested.

**COUNT I – FEBRUARY 11, 2020, FOIA REQUEST TO ICE (FIREARMS USAGE), ICE'S FOIA VIOLATION: FAILURE TO PRODUCE RECORDS**

30. The above paragraphs are incorporated herein.

31. ICE is a federal agency, a component of DHS, and subject to FOIA.

32. The requested records are not exempt under FOIA.

33. ICE has failed to produce records responsive to the request.

**COUNT II – JANUARY 4, 2021, FOIA REQUEST TO ICE (AGE & LOCATION), ICE'S FOIA VIOLATION: FAILURE TO PRODUCE RECORDS**

34. The above paragraphs are incorporated herein.

35. ICE is a federal agency, a component of DHS, and subject to FOIA.

36. The requested records are not exempt under FOIA.

37. ICE has failed to produce records responsive to the request.

**WHEREFORE,** HASSAN asks the Court to:

  i.   declare that Defendants have violated FOIA;

  ii.  order Defendants to conduct a reasonable search for records and to promptly produce the requested records;

  iii. enjoin Defendants from withholding non-exempt public records under FOIA;

    iv.    award HASSAN attorneys' fees and costs; and

    v.    enter any other relief the Court deems appropriate.

Dated: March 31, 2021

                                Respectfully Submitted,
                                */s/ Matthew V. Topic*

                                Attorneys for Plaintiff,
                                LILA HASSAN

                                Matthew Topic, D.C. Bar No. IL0037
                                Joshua Burday, D.C. Bar No. IL0042
                                Merrick Wayne, D.C. Bar No. IL0058
                                *(E-Mail: foia@loevy.com)*
                                LOEVY & LOEVY
                                311 N. Aberdeen, Third Floor
                                Chicago, Illinois 60607
                                Tel.: (312) 243-5900
                                Fax: (312) 243-5902