**SUBJECT LINE: FOIA REQUEST**

U.S. Immigration and Customs Enforcement
Freedom of Information Act Office
500 12th Street SW, Stop 5009
Washington, D.C. 20536-5009
Fax (202) 732-4266
ICE-FOIA@dhs.gov

February 11, 2020.

Dear Records Access Officer,

In seeking information regarding the use of firearms by US. Immigration and Customs
Enforcement (ICE) Enforcement and Removal Operations (ERO) officers, ICE Spokesperson
Danielle Bennett provided me with total numbers tracked for FY2016-2020 on Tuesday,
February 11, 2020. However, Ms. Bennett advised that I request additional information I am
seeking through the Freedom of Information Act Office.

Pursuant to the Freedom of Information Act (FOIA) 5 U.S.C. § 552 and The Privacy Act (PA), 5
U.S.C. § 552a, could you please provide me:

- The locations (city, state), dates, and names of the arrested of all of the critical incident
  weapons discharges (i.e. firearms usage) over the past five years:
    - FY 2020 (to date as of Feb 7) – 4
    - FY 2019 – 8
    - FY 2018 – 12
    - FY 2017 – 13
    - FY 2016 – 6

Please transmit these records to me electronically, via email or other electronic means. My
email address is: lh2996@columbia.edu. Please do not print mail me paper records if it is not
necessary to do so.

In accordance with FOIA requirement that an agency respond within five business days of a
request, I look forward to hearing from you as soon as possible. If for any reason any portion of
my request is denied, please inform me of the reasons for the denial in writing and provide the
name and address of the person or body to whom an appeal should be directed.

Exhibit A

This information is being sought after on behalf of Columbia Journalism School. The requested information will be made available to the general public, and this request will not be used for commercial purposes. Therefore, pursuant to 5 U.S.C. §552(a)(4)(A)(iii), I request a waiver of all fees associated with this request.

If for any reason any portion of my request is denied, please inform me of the reasons for the denial in writing and provide the name and address of the person or body to whom an appeal should be directed. If my request is too broad or does not reasonably describe the records, please contact me via email so that I may clarify my request. If my request is denied in whole or in part, please provide justification with reference to specific exemptions.

As I am making this request as a journalist and this information is of timely value, I would appreciate your communicating with me by telephone and email rather than by postal mail. If you have questions regarding this request, I can be reached at lh2996@columbia.edu or (preferably) 347-935-2152.

Sincerely,
Lila Hassan

69 Tiemann Place, Apt #44
New York, NY 10027
lh2996@columbia.edu



LionMail
@Columbia

Lila Hassan <lh2996@columbia.edu>

---

## Seeking Data - Media Inquiry from DocumentedNY
10 messages

---

**Lila Hassan** <lh2996@columbia.edu>                                Tue, Feb 11, 2020 at 2:40 PM
To: Danielle.Bennett@ice.dhs.gov, ICEMedia@ice.dhs.gov

Dear Danielle and ICE Media officers,

I hope this finds you well. My name is Lila Hassan, and I am a freelance reporter collaborating with DocumentedNY on a story similar to what came out in the NYTimes today.

Could you please kindly send me the dataset mentioned in the following excerpt (bolded), along with the dates, names of the arrested, and places they took place? Are these arrests detailed in news releases released by your agency?

An ICE spokeswoman, Danielle Bennett, called such shootings "exceedingly rare," **citing data that showed agency employees had discharged firearms around 10 times a year on average in the past four years.**

In 2019, when ICE made more than 37,000 criminal arrests and 143,000 administrative arrests, **there were eight shootings, the data showed. So far this year, four shootings had occurred as of Friday, Ms. Bennett said.**

Many thanks for your assistance.

Best,
Lila
--
Lila Hassan
M.S. 2020, Toni Stabile Center for Investigative Journalism
+1-347-935-2152 (Mobile, WhatsApp, Signal)
Personal Email: Lilahassan20@gmail.com
www.lilahassan.com
Twitter: @lilahass

---

**Lila Hassan** <lh2996@columbia.edu>                                Tue, Feb 11, 2020 at 2:43 PM
To: Danielle.Bennett@ice.dhs.gov, ICEMedia@ice.dhs.gov

Dear Danielle and Media team,

Resubmitting this request with my deadline of tomorrow, Wednesday 12 at 12pm. Copy of my previous email pasted below. Thank you.

Best,
Lila

***

Dear Danielle and ICE Media officers,

I hope this finds you well. My name is Lila Hassan, and I am a freelance reporter collaborating with DocumentedNY on a story similar to what came out in the NYTimes today.

*Exhibit B*

Could you please kindly send me the dataset mentioned in the following excerpt (bolded), along with the dates, names of the arrested, and places they took place? Are these arrests detailed in news releases released by your agency?

An ICE spokeswoman, Danielle Bennett, called such shootings "exceedingly rare," **citing data that showed agency employees had discharged firearms around 10 times a year on average in the past four years.**

In 2019, when ICE made more than 37,000 criminal arrests and 143,000 administrative arrests, **there were eight shootings, the data showed. So far this year, four shootings had occurred as of Friday, Ms. Bennett said**.

Many thanks for your assistance.

Best,
Lila
[Quoted text hidden]

---

**Bennett, Danielle** <Danielle.Bennett@ice.dhs.gov>                         Tue, Feb 11, 2020 at 4:13 PM
To: Lila Hassan <lh2996@columbia.edu>, ICEMedia <ICEMedia@ice.dhs.gov>

Lila – here's what I can provide to you:


U.S. Immigration and Customs Enforcement (ICE) reports the following number of critical incident weapons discharges over the past five years.

For context, it is important to note that firearms usage is exceedingly rare. In fiscal year 2019, ICE special agents and officers made more than 37,000 criminal arrests and 143,000 administrative arrests.

FY 2020 (to date as of Feb 7) – 4

FY 2019 – 8

FY 2018 – 12

FY 2017 – 13

FY 2016 – 6

[Quoted text hidden]

---

**Lila Hassan** <lh2996@columbia.edu>                         Tue, Feb 11, 2020 at 4:16 PM
To: "Bennett, Danielle" <Danielle.Bennett@ice.dhs.gov>
Cc: ICEMedia <ICEMedia@ice.dhs.gov>

Many thanks for your quick response, Danielle! Very appreciated.

Could I have the information of the cities (or states) of the FY2020 and FY2019 firearms usages?

Thanks again.

Best,
Lila
[Quoted text hidden]

---

**Bennett, Danielle** <Danielle.Bennett@ice.dhs.gov>                         Tue, Feb 11, 2020 at 4:25 PM

To: Lila Hassan <lh2996@columbia.edu>
Cc: ICEMedia <ICEMedia@ice.dhs.gov>

I don't have that information. You would need to submit a Freedom of Information Act for any further details.

[Quoted text hidden]

---

**Lila Hassan** <lh2996@columbia.edu>                                    Tue, Feb 11, 2020 at 4:34 PM
To: "Bennett, Danielle" <Danielle.Bennett@ice.dhs.gov>
Cc: ICEMedia <ICEMedia@ice.dhs.gov>

Thank you, Danielle.

[Quoted text hidden]



**Lila Hassan <lh2996@columbia.edu>**

## ICE Clarification Request FOIA Number 2020-ICFO-27750
6 messages

**ice-foia@dhs.gov** <ice-foia@dhs.gov>                                          Mon, Mar 16, 2020 at 10:54 AM
To: lh2996@columbia.edu

March 16, 2020

Lila Hassan
Columbia Journalism School
69 Tiemann Place
Apt 44
New York, NY 10027

**RE:    ICE FOIA Case Number 2020-ICFO-27750**

This e-mail is in regards to your February 11, 2020 ICE FOIA request for the locations (city, state), dates, and names of the arrested of all of the critical incident weapons discharges (i.e. firearms usage) over the past five years: FY 2020 (to date as of Feb 7) -4 FY 2019-8 FY 2018-12 FY 2017-13 FY 2016-6.

In conducting a search for responsive records, the ICE FOIA office has determined that further clarification is needed regarding your request. In your request you state that you would also like the names of individuals. In order to receive that information a third party authorization form is required. You also have the option to revise your request. Please advise us of how you would like to proceed. Please provide the ICE FOIA office with a response as soon as possible to avoid any further delay in the processing of your request. If a response is not received within 30 days, your request will be administratively closed.

Sincerely,

ICE FOIA

**ice-foia@dhs.gov** <ice-foia@dhs.gov>                                          Mon, Mar 16, 2020 at 10:55 AM
To: lh2996@columbia.edu

[Quoted text hidden]

**Lila Hassan** <lh2996@columbia.edu>                                          Mon, Mar 16, 2020 at 3:09 PM
To: ice-foia@dhs.gov

Hello,

Many thanks for your response. Could you kindly clarify what you mean by third-party authorization? Would you have to check in with the parties whose names are listed or do you need extra verification from my end?

If the former, please feel free to remove the request for names but please do provide the dates and locations.

Best,
Lila
[Quoted text hidden]
--
Lila Hassan
M.S. 2020, Toni Stabile Center for Investigative Journalism
+1-347-935-2152 (Mobile, WhatsApp, Signal)
Personal Email: Lilahassan20@gmail.com
www.lilahassan.com
Twitter: @lilahass

Exhibit C

**ICE-FOIA** <ICE-FOIA@ice.dhs.gov>                                    Thu, Apr 2, 2020 at 12:55 PM
To: Lila Hassan <lh2996@columbia.edu>

Good afternoon,

In order for you to receive the names of each individual you would need signed authorization from each. You can, however, revise your request if you choose.

Thank you,

ICE FOIA

---

**From:** Lila Hassan <lh2996@columbia.edu>
**Sent:** Monday, March 16, 2020 3:10 PM
**To:** ice-foia@dhs.gov
**Subject:** Re: ICE Clarification Request FOIA Number 2020-ICFO-27750

┌──────────────────────────────────────────────────────────────────────────────┐
│ **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize │
│ and/or trust the sender. Contact your component SOC with questions or concerns. │
└──────────────────────────────────────────────────────────────────────────────┘

[Quoted text hidden]

---

**Lila Hassan** <lh2996@columbia.edu>                                  Thu, Apr 2, 2020 at 12:59 PM
To: ICE-FOIA <ICE-FOIA@ice.dhs.gov>

Hi ICE-FOIA,

Thank you for clarifying. I'd like to revise by removing the request for names.

Thank you,
Lila
[Quoted text hidden]

**SUBJECT LINE: FOIA REQUEST AMENDMENT AND REQUEST FOR EXPEDITION - ICE FOIA Case Number 2020-ICFO-27750**

U.S. Immigration and Customs Enforcement
Freedom of Information Act Office
500 12th Street SW, Stop 5009
Washington, D.C. 20536-5009
Fax (202) 732-4266
ICE-FOIA@dhs.gov

August 11, 2020.

Dear Records Access Officer,

In seeking information regarding the use of firearms by US. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) officers, ICE Spokesperson Danielle Bennett provided me with total numbers tracked for FY2016-2020 on Tuesday, February 11, 2020. However, Ms. Bennett advised that I request additional information I am seeking through the Freedom of Information Act Office.

I have already submitted a FOIA Request (**ICE FOIA Case Number 2020-ICFO-27750**) requesting the locations (city, state) and dates of all of the critical incident weapons discharges (i.e. firearms usage) over the past five years:

- o  FY 2020 (as of February 7) – 4
- o  FY 2019 – 8
- o  FY 2018 – 12
- o  FY 2017 – 13
- o  FY 2016 – 6

On March 16, 2020 at 10:54 AM EST, I received a message from ICE-FOIA@dhs.gov with the following note requesting action:

> *"In your request you state that you would also like the names of individuals. In order to receive that information a third party authorization form is required. You also have the option to revise your request. Please advise us of how you would like to proceed."*

On March 16, 2020 at 3:09 PM EST, I confirmed that I would like the names removed but the dates and locations of the incidents kept. Given the delay in processing my request, I am requesting an amendment to the original request (**ICE FOIA Case Number 2020-ICFO-27750**) with the following information, pursuant to the Freedom of Information Act (FOIA) 5 U.S.C. § 552 and The Privacy Act (PA), 5 U.S.C. § 552a.

- The locations (city, state), dates, and <u>ages of all arrested individuals</u> of all of the critical incident weapons discharges (i.e. firearms usage) of all of FY 2016, FY 2017, FY 2018, FY

Exhibit D

2019, and FY 2020 thus far, <u>including August 2020 and every month of FY2020 through the date this request is ultimately fulfilled</u>. Therefore, for example, should the information requested not be processed and delivered until September 2020, I request that the locations (city, state), dates, and ages of all arrested individuals of all of the critical incident weapons discharges (i.e. firearms usage) of August and September 2020 be included.

Further, I request that this amended FOIA request (**ICE FOIA Case Number 2020-ICFO-27750**) be expedited as the information requested is a life-or-death matter and a threat to individuals' public safety. This information is in the public interest as the threat of physical harm exists in the detailed Federal government activity. My primary job is to disseminate information and there is an urgency to inform the public about this Federal government activity.

Please transmit these records to me electronically, via email or other electronic means. My email address is: lh2996@columbia.edu. Please do not print mail me paper records if it is not necessary to do so.

In accordance with FOIA requirement that an agency respond within five business days of a request, I look forward to hearing from you as soon as possible. If for any reason any portion of my request is denied, please inform me of the reasons for the denial in writing and provide the name and address of the person or body to whom an appeal should be directed.

This information is being sought after on behalf of Columbia Journalism School. The requested information will be made available to the general public, and this request will not be used for commercial purposes. Therefore, pursuant to 5 U.S.C. §552(a)(4)(A)(iii), I request a waiver of all fees associated with this request. The law allows you to impose a waiver or reduction of fees when information is sought in the public interest, as is the case for this request.

If for any reason any portion of my request is denied, please inform me of the reasons for the denial in writing and provide the name and address of the person or body to whom an appeal should be directed. If my request is too broad or does not reasonably describe the records, please contact me via email so that I may clarify my request. For any documents that are withheld on the grounds of an exemption, privilege, or other reason, please justify each omission separately by reference to specific exemptions of the Act and release all reasonably segregable portions of otherwise exempt material.

As I am making this request as a journalist and this information is of timely value, I would appreciate your communicating with me by telephone and email rather than by postal mail. If you have questions regarding this request, I can be reached at lh2996@columbia.edu or (preferably) 347-935-2152.

Sincerely,
Lila Hassan

7902 Bay Parkway, Apt. C1
Brooklyn, NY 11214
347-935-2152 (mobile)
lh2996@columbia.edu



*Office of Information Governance and Privacy*

**U.S. Department of Homeland Security**
500 12th St., SW
Washington, D.C. 20536

U.S. Immigration
and Customs
Enforcement

August 25, 2020

Lila Hassan
Columbia Journalism School
69 Tiemann Place
Apt 44
New York, NY 10027

**RE:    ICE FOIA Case Number 2020-ICFO-27750**

Dear Ms. Hassan:

This letter is the final response to your Freedom of Information Act (FOIA) request to U.S. Immigration and Customs Enforcement (ICE), dated February 11, 2020.  You have requested the locations (city, state), and dates of the arrested of all of the critical incident weapons discharges (i.e. firearms usage) over the past five years:
FY 2020 (to date as of Feb 7) -4
FY 2019-8
FY 2018-12
FY 2017-13
FY 2016-6. ICE has considered your request under the FOIA, 5 U.S.C. § 552.

A search of the ICE Office of Firearms and Tactical Programs (OFTP) for records responsive to your request produced pages that are responsive to your request.  After review of those documents, I have determined that the documents will be withheld in their entirety pursuant to Exemptions of the FOIA. The specific Exemptions applied are identified within the enclosed documents. Descriptions of those Exemptions are enclosed.

ICE has applied FOIA Exemptions 6 and 7(C) to protect from disclosure the names, e-mail addresses, and phone numbers of DHS employees contained within the documents.

**FOIA Exemption 6** exempts from disclosure personnel or medical files and similar files the release of which would cause a clearly unwarranted invasion of personal privacy.  This requires a balancing of the public's right to disclosure against the individual's right to privacy.  The privacy interests of the individuals in the records you have requested outweigh any minimal public interest in disclosure of the information.  Any private interest you may have in that information does not factor into the aforementioned balancing test.

Exhibit E

**FOIA Exemption 7(C)** protects records or information compiled for law enforcement purposes that could reasonably be expected to constitute an unwarranted invasion of personal privacy. This exemption takes particular note of the strong interests of individuals, whether they are suspects, witnesses, or investigators, in not being unwarrantably associated with alleged criminal activity.  That interest extends to persons who are not only the subjects of the investigation, but those who may have their privacy invaded by having their identities and information about them revealed in connection with an investigation.  Based upon the traditional recognition of strong privacy interest in law enforcement records, categorical withholding of information that identifies third parties in law enforcement records is ordinarily appropriate.  As such, I have determined that the privacy interest in the identities of individuals in the records you have requested clearly outweigh any minimal public interest in disclosure of the information.  Please note that any private interest you may have in that information does not factor into this determination.

ICE has applied FOIA Exemption 7(E) to protect from disclosure internal agency case numbers contained within the document.

**FOIA Exemption 7(E)** protects records compiled for law enforcement purposes, the release of which would disclose techniques and/or procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law.  I have determined that disclosure of certain law enforcement sensitive information contained within the responsive records could reasonably be expected to risk circumvention of the law.  Additionally, the techniques and procedures at issue are not well known to the public.

You have a right to appeal the above withholding determination.  Should you wish to do so, you must send your appeal and a copy of this letter, within 90 days of the date of this letter following the procedures outlined in the DHS FOIA regulations at 6 C.F.R. Part 5 § 5.8. You may submit your appeal electronically at GILDFOIAAppeals@ice.dhs.gov or via regular mail to:

> U.S. Immigration and Customs Enforcement
> Office of the Principal Legal Advisor
> U.S. Department of Homeland Security
> 500 12th Street, S.W., Mail Stop 5900
> Washington, D.C. 20536-5900

Your envelope and letter should be marked "FOIA Appeal."  Copies of the FOIA and DHS regulations are available at www.dhs.gov/foia.

Provisions of FOIA allow DHS to charge for processing fees, up to $25, unless you seek a waiver of fees.  In this instance, because the cost is below the $25 minimum, there is no charge.

If you need any further assistance or would like to discuss any aspect of your request, please contact the FOIA office and refer to FOIA case number **2020-ICFO-27750**. You may send an e-mail to ice-foia@ice.dhs.gov, call toll free (866) 633-1182, or you may contact our FOIA Public Liaison, Fernando Pineiro, in the same manner.  Additionally, you have a right to right to seek

dispute resolution services from the Office of Government Information Services (OGIS) which mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.  If you are requesting access to your own records (which is considered a Privacy Act request), you should know that OGIS does not have the authority to handle requests made under the Privacy Act of 1974.  You may contact OGIS as follows:  Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Catrina M. Pavlik-Keenan
FOIA Officer



**Rachel Eun <eun@loevy.com>**

---

## FOIA Appeal: 2020-ICFO-27750
1 message

---

**Rachel Eun** <eun@loevy.com>                                                         Tue, Nov 17, 2020 at 12:31 PM
To: GILDFOIAAppeals@ice.dhs.gov, ICE-FOIA@dhs.gov
Cc: Matt Topic <matt@loevy.com>, Lila Hassan <lilahassan20@gmail.com>

Hello,

We are submitting this appeal on behalf of Ms. Lila Hassan.  Attached is the appeal letter from Ms. Hassan's counsel, Mr. Topic.

Best,
**Rachel Eun, Paralegal**
*LOEVY & LOEVY*
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900 (main office)
https://loevy.com/

---

📄 **FOIA Appeal_2020-ICFO-27750.pdf**
   957K

Exhibit F

# LOEVY & LOEVY

311 N. Aberdeen St., 3rd Floor, Chicago, Illinois 60607

November 17, 2020

Sent via email:
ICE-FOIA@dhs.gov
GILDFOIAAppeals@ice.dhs.gov

**Re: Freedom of Information Act Appeal (ICE FOIA Case Number 2020-ICFO-27750)**

Dear Director and Assistant Director for ICE FOIA,

We represent Lila Hassan and are submitting this appeal on behalf of Lila Hassan.  This letter constitutes an administrative appeal from the final response of the Immigration and Customs Enforcement ("ICE") FOIA **Case Number 2020-ICFO-27750**, which was submitted by Lila Hassan.  We ask that ICE reconsiders its denial.  A true and correct copy of ICE's August 25, 2020 determination letter is attached as Exhibit A.

We also request expedited processing of this appeal.

## I.      The FOIA Request

On February 11, 2020, Ms. Hassan submitted a FOIA request (the "Request") to ICE seeking "the names of the arrested of all of the critical weapons discharges (i.e. firearms usage), locations (city, state) and dates over the past five years: FY 2020 (as of February 7) – 4; FY 2019 – 8; FY 2018 – 12; FY 2017 – 13; FY 2016 – 6."  Exhibit B.

## II.     ICE's Response

Following the February 11 Request, on March 16, 2020 at 10:54 Eastern, an unnamed ICE FOIA officer asked Ms. Hassan to amend the Request and remove her request for the names of the individuals who were arrested to protect the privacy of the arrested individuals.  While Ms. Hassan does not agree that the names of the arrested individuals are protected under FOIA's privacy exemption, she amended the request to show good faith.  Exhibit C.

Upon checking the status of the FOIA, the delivery date consistently delayed, until August 11, when Ms. Hassan submitted an amendment to the request to 1) request to include the <u>ages of all arrested individuals</u> of all of the critical incident weapons discharges (i.e. firearms usage) and 2) <u>request to include every month of FY2020 through the date this request is ultimately fulfilled</u>.

The same correspondence also requested expedited processing given the delay and pursuant to the nature of the information in the request as a life-or-death matter and a threat to individuals' public safety through federal government activity.  Exhibit D.

By letter on August 25, 2020, ICE provided a final response to Ms. Hassan request.  With that response, ICE had applied FOIA Exemptions 6 and 7(C) to protect from disclosure the

# LOEVY & LOEVY

311 N. Aberdeen St., 3rd Floor, Chicago, Illinois 60607

names, e-mail addresses, and phone numbers of DHS employees contained within the documents. ICE claimed Exemption 7(E) because "disclosure of certain law enforcement sensitive information contained within the responsive records could reasonably be expected to risk circumvention of the law." ICE also claimed that "the techniques and procedures at issue are not well known to the public."

### III.    ICE Withholdings and Redactions Pursuant to FOIA Exemptions 6 and 7(C) and (E) are Unjustified.

ICE has failed to provide sufficient and meaningful explanations for its withholding of the requested records, and those withholdings are unjustified. To the contrary, ICE's final and previous partial response simply parrot the language of the claimed exemptions without providing any explanation whatsoever as to why those exemptions might apply to the material withheld. Additionally, in its email to Ms. Hassan from March 16, 2020, ICE had given an impression to Ms. Hassan that it will produce the records so long as she revises the request appropriately, in a way that would not require a signed authorization form for release from each individual.

Ms. Hassan at no point required the outlined information - names, e-mail addresses, and phone numbers of DHS employees and internal agency case numbers - in these exemptions.

The requested records would not be considered invasion of privacy under Exemption 6 and 7(C), as Ms. Hassan never required this information. Ms. Hassan had a fair bit of correspondence with the ICE FOIA office regarding certain data that would need to be excluded for privacy reasons (i.e. names of the arrested), and as such, has demonstrated a flexibility and willingness to discuss.

ICE can easily and should redact the names, e-mail addresses, and phone numbers of DHS employees and internal agency case numbers in order to provide Ms. Hassan the information she requested as soon as possible. We further argue that ICE can redact "certain law enforcement sensitive information contained within the responsive records."

In addition, even if part of an agency record is indisputably exempt from disclosure pursuant to one or more statutory exemptions, the FOIA requires the agency to disclose any non-exempt portions of that record. See 5 U.S.C. § 552(b) ("Any reasonably segregable portion of a record shall be provided to any person requesting such record after deletion of the portions which are exempt under this subsection."); *see also, e.g., Trans-Pacific Policing Agreement v. United States Customs Serv.*, 177 F.3d 1022, 1027 (D.C. Cir. 1999) ("It has long been a rule in this Circuit that nonexempt portions of a document must be disclosed unless they are inextricably intertwined with exempt portions."). ICE has not provided any segregated analysis for any of its redactions under Exemptions 6, and 7(C) and (E).

# LOEVY & LOEVY

311 N. Aberdeen St., 3rd Floor, Chicago, Illinois 60607

Further, regarding Exemption 7(E), ICE has failed to demonstrated how the requested records would "disclose techniques and procedures for law enforcement investigations or prosecutions." ICE also claimed that "the techniques and procedures at issue are not well known to the public," but Ms. Hassan's request plainly did not include any records that would disclose such information.

Ms. Hassan's request did not include any obscure investigative tactics. In fact, her request itself asked for ICE's discharge of critical weapons in the process of arresting suspects, which is quite a commonly known technique or procedure for law enforcement investigations or prosecutions. The Court has upheld that the technique or procedure at issue ordinarily must not be well known to the public. *Campbell v. United States Dep't of Justice*, No. 89-3016, slip op. at 6 (D.D.C. Aug. 6, 1997) (declaring that Exemption 7(E) applies to "obscure or secret techniques"), *rev'd & remanded on other grounds*, 164 F.3d 20 (D.C. Cir. 1998); *Albuquerque Publ'g Co. v. United States Dep't of Justice*, 726 F. Supp. 851, 858 (D. Ariz. 1989) (stating that agencies "should avoid burdening the Court with techniques commonly described in movies, popular novels, stories or magazines or television").

## IV.    Relief Requested

For the above-mentioned reasons, we respectfully ask that ICE reconsider its denial. ICE should redact or remove any information exempt under privacy claims, but otherwise provide Ms. Hassan with the requested information as soon as possible.

To reiterate the information Ms. Hassan has requested, we have included it again as follows:

- **The locations (city, state), dates, and ages of all arrested individuals of all of the critical incident weapons discharges (i.e. firearms usage) of all of FY 2016, FY 2017, FY 2018, FY 2019, and FY 2020 thus far, including every month of FY2020-2021 through the date until Ms. Hassan receives the information of her request.**

Ms. Hassan again respectfully requests expedited treatment of this appeal pursuant to 28 C.F.R. § 16.5(d)(iii). Likewise, because disclosure of the requested information is in the public interest, Ms. Hassan requests a public interest waiver of all fees. See 5 U.S.C. § 552(a)(4)(A)(iii).

As outlined on the FOIA Legal Information page of ICE'S FOIA Overview website, below is the statement setting forth why Ms. Hassan's request should be expedited.

We again advise you that Ms. Hassan is a journalist, and the information sought here is in connection with her reporting. As she stated in her Request, **this information is in the public interest as the threat of physical harm exists in the detailed federal government activity against civilians. Ms. Hassan's primary job is to disseminate information and there is an**

# LOEVY & LOEVY

311 N. Aberdeen St., 3rd Floor, Chicago, Illinois 60607

**urgency to inform the public about this federal government activity. Ms. Hassan certifies that this information is true and accurate upon information and belief.**

At minimum, we trust that we will receive your decision within 20 business days as required by 5 U.S.C § 552(a)(6)(A)(ii).  We also remind you that your agency has an obligation to maintain and not dispose of any documents subject to this request while administrative and any subsequent judicial proceedings are pending. Thank you for your prompt attention to this matter.

Please transmit these records to Ms. Hassan electronically, via email or other electronic means. Her email address is: lh2996@columbia.edu and lilahassan20@gmail.com. Please do not mail paper records if it is not necessary to do so.

Sincerely,

Matthew Topic

Enclosed:
- Exhibit A: A true and correct copy of ICE's final response letter, dated August 25, 2020
- Exhibit B: The original February 11 FOIA Request Ms. Hassan Filed
- Exhibit C: Correspondence with unnamed ICE FOIA Officer, March 16
- Exhibit D: The Amendment and Request for Expedited Processing, August 11

# EXHIBIT A



*Office of Information Governance and Privacy*

**U.S. Department of Homeland Security**
500 12th St., SW
Washington, D.C. 20536

**U.S. Immigration
and Customs
Enforcement**

August 25, 2020

Lila Hassan
Columbia Journalism School
69 Tiemann Place
Apt 44
New York, NY 10027

**RE:    ICE FOIA Case Number 2020-ICFO-27750**

Dear Ms. Hassan:

This letter is the final response to your Freedom of Information Act (FOIA) request to U.S.
Immigration and Customs Enforcement (ICE), dated February 11, 2020.  You have requested the
locations (city, state), and dates of the arrested of all of the critical incident weapons discharges
(i.e. firearms usage) over the past five years:
FY 2020 (to date as of Feb 7) -4
FY 2019-8
FY 2018-12
FY 2017-13
FY 2016-6. ICE has considered your request under the FOIA, 5 U.S.C. § 552.

A search of the ICE Office of Firearms and Tactical Programs (OFTP) for records responsive to
your request produced pages that are responsive to your request.  After review of those
documents, I have determined that the documents will be withheld in their entirety pursuant to
Exemptions of the FOIA. The specific Exemptions applied are identified within the enclosed
documents. Descriptions of those Exemptions are enclosed.

ICE has applied FOIA Exemptions 6 and 7(C) to protect from disclosure the names, e-mail
addresses, and phone numbers of DHS employees contained within the documents.

**FOIA Exemption 6** exempts from disclosure personnel or medical files and similar files the
release of which would cause a clearly unwarranted invasion of personal privacy.  This requires a
balancing of the public's right to disclosure against the individual's right to privacy.  The privacy
interests of the individuals in the records you have requested outweigh any minimal public
interest in disclosure of the information.  Any private interest you may have in that information
does not factor into the aforementioned balancing test.

**FOIA Exemption 7(C)** protects records or information compiled for law enforcement purposes that could reasonably be expected to constitute an unwarranted invasion of personal privacy. This exemption takes particular note of the strong interests of individuals, whether they are suspects, witnesses, or investigators, in not being unwarrantably associated with alleged criminal activity. That interest extends to persons who are not only the subjects of the investigation, but those who may have their privacy invaded by having their identities and information about them revealed in connection with an investigation. Based upon the traditional recognition of strong privacy interest in law enforcement records, categorical withholding of information that identifies third parties in law enforcement records is ordinarily appropriate. As such, I have determined that the privacy interest in the identities of individuals in the records you have requested clearly outweigh any minimal public interest in disclosure of the information. Please note that any private interest you may have in that information does not factor into this determination.

ICE has applied FOIA Exemption 7(E) to protect from disclosure internal agency case numbers contained within the document.

**FOIA Exemption 7(E)** protects records compiled for law enforcement purposes, the release of which would disclose techniques and/or procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law. I have determined that disclosure of certain law enforcement sensitive information contained within the responsive records could reasonably be expected to risk circumvention of the law. Additionally, the techniques and procedures at issue are not well known to the public.

You have a right to appeal the above withholding determination. Should you wish to do so, you must send your appeal and a copy of this letter, within 90 days of the date of this letter following the procedures outlined in the DHS FOIA regulations at 6 C.F.R. Part 5 § 5.8. You may submit your appeal electronically at GILDFOIAAppeals@ice.dhs.gov or via regular mail to:

> U.S. Immigration and Customs Enforcement
> Office of the Principal Legal Advisor
> U.S. Department of Homeland Security
> 500 12th Street, S.W., Mail Stop 5900
> Washington, D.C. 20536-5900

Your envelope and letter should be marked "FOIA Appeal." Copies of the FOIA and DHS regulations are available at www.dhs.gov/foia.

Provisions of FOIA allow DHS to charge for processing fees, up to $25, unless you seek a waiver of fees. In this instance, because the cost is below the $25 minimum, there is no charge.

If you need any further assistance or would like to discuss any aspect of your request, please contact the FOIA office and refer to FOIA case number **2020-ICFO-27750**. You may send an e-mail to ice-foia@ice.dhs.gov, call toll free (866) 633-1182, or you may contact our FOIA Public Liaison, Fernando Pineiro, in the same manner. Additionally, you have a right to right to seek

dispute resolution services from the Office of Government Information Services (OGIS) which mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.  If you are requesting access to your own records (which is considered a Privacy Act request), you should know that OGIS does not have the authority to handle requests made under the Privacy Act of 1974.  You may contact OGIS as follows:  Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Catrina M. Pavlik-Keenan
FOIA Officer

# EXHIBIT B

**SUBJECT LINE: FOIA REQUEST**

U.S. Immigration and Customs Enforcement

Freedom of Information Act Office

500 12th Street SW, Stop 5009

Washington, D.C. 20536-5009

Fax (202) 732-4266

ICE-FOIA@dhs.gov

February 11, 2020.

Dear Records Access Officer,

In seeking information regarding the use of firearms by US. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) officers, ICE Spokesperson Danielle Bennett provided me with total numbers tracked for FY2016-2020 on Tuesday, February 11, 2020. However, Ms. Bennett advised that I request additional information I am seeking through the Freedom of Information Act Office.

Pursuant to the Freedom of Information Act (FOIA) 5 U.S.C. § 552 and The Privacy Act (PA), 5 U.S.C. § 552a, could you please provide me:

- The locations (city, state), dates, and names of the arrested of all of the critical incident weapons discharges (i.e. firearms usage) over the past five years:
    - FY 2020 (to date as of Feb 7) – 4
    - FY 2019 – 8
    - FY 2018 – 12
    - FY 2017 – 13
    - FY 2016 – 6

Please transmit these records to me electronically, via email or other electronic means. My email address is: lh2996@columbia.edu. Please do not print mail me paper records if it is not necessary to do so.

In accordance with FOIA requirement that an agency respond within five business days of a request, I look forward to hearing from you as soon as possible. If for any reason any portion of my request is denied, please inform me of the reasons for the denial in writing and provide the name and address of the person or body to whom an appeal should be directed.

This information is being sought after on behalf of Columbia Journalism School. The requested information will be made available to the general public, and this request will not be used for commercial purposes. Therefore, pursuant to 5 U.S.C. §552(a)(4)(A)(iii), I request a waiver of all fees associated with this request.

If for any reason any portion of my request is denied, please inform me of the reasons for the denial in writing and provide the name and address of the person or body to whom an appeal should be directed. If my request is too broad or does not reasonably describe the records, please contact me via email so that I may clarify my request. If my request is denied in whole or in part, please provide justification with reference to specific exemptions.

As I am making this request as a journalist and this information is of timely value, I would appreciate your communicating with me by telephone and email rather than by postal mail. If you have questions regarding this request, I can be reached at lh2996@columbia.edu or (preferably) 347-935-2152.

Sincerely,
Lila Hassan

69 Tiemann Place, Apt #44
New York, NY 10027
347-935-2152 (mobile)
lh2996@columbia.edu

# EXHIBIT C

**LIONMAIL @COLUMBIA**

**Lila Hassan <lh2996@columbia.edu>**

---

## ICE Clarification Request FOIA Number 2020-ICFO-27750
6 messages

---

**ice-foia@dhs.gov** <ice-foia@dhs.gov>                                       Mon, Mar 16, 2020 at 10:54 AM
To: lh2996@columbia.edu

March 16, 2020

Lila Hassan
Columbia Journalism School
69 Tiemann Place
Apt 44
New York, NY 10027

**RE:    ICE FOIA Case Number 2020-ICFO-27750**

This e-mail is in regards to your February 11, 2020 ICE FOIA request for the locations (city, state), dates, and names of the arrested of all of the critical incident weapons discharges (i.e. firearms usage) over the past five years: FY 2020 (to date as of Feb 7) -4 FY 2019-8 FY 2018-12 FY 2017-13 FY 2016-6.

In conducting a search for responsive records, the ICE FOIA office has determined that further clarification is needed regarding your request. In your request you state that you would also like the names of individuals. In order to receive that information a third party authorization form is required. You also have the option to revise your request. Please advise us of how you would like to proceed. Please provide the ICE FOIA office with a response as soon as possible to avoid any further delay in the processing of your request. If a response is not received within 30 days, your request will be administratively closed.

Sincerely,

ICE FOIA

---

**ice-foia@dhs.gov** <ice-foia@dhs.gov>                                       Mon, Mar 16, 2020 at 10:55 AM
To: lh2996@columbia.edu

[Quoted text hidden]

---

**Lila Hassan** <lh2996@columbia.edu>                                       Mon, Mar 16, 2020 at 3:09 PM
To: ice-foia@dhs.gov

Hello,

Many thanks for your response. Could you kindly clarify what you mean by third-party authorization? Would you have to check in with the parties whose names are listed or do you need extra verification from my end?

If the former, please feel free to remove the request for names but please do provide the dates and locations.

Best,
Lila
[Quoted text hidden]
--
Lila Hassan
M.S. 2020, Toni Stabile Center for Investigative Journalism
+1-347-935-2152 (Mobile, WhatsApp, Signal)
Personal Email: Lilahassan20@gmail.com
www.lilahassan.com
Twitter: @lilahass

8/25/2020                    Gmail Mail - ICE Clarification Request FOIA Number 2020-ICFO...

Case 1:21-cv-00877-RCL  Document 1-1  Filed 03/31/21  Page 25 of 28

**ICE-FOIA** <ICE-FOIA@ice.dhs.gov>                                        Thu, Apr 2, 2020 at 12:55 PM
To: Lila Hassan <lh2996@columbia.edu>

Good afternoon,

In order for you to receive the names of each individual you would need signed authorization from each. You can,
however, revise your request if you choose.


Thank you,

ICE FOIA


---

**From:** Lila Hassan <lh2996@columbia.edu>
**Sent:** Monday, March 16, 2020 3:10 PM
**To:** ice-foia@dhs.gov
**Subject:** Re: ICE Clarification Request FOIA Number 2020-ICFO-27750

---

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize
> and/or trust the sender. Contact your component SOC with questions or concerns.

[Quoted text hidden]

---

**Lila Hassan** <lh2996@columbia.edu>                                     Thu, Apr 2, 2020 at 12:59 PM
To: ICE-FOIA <ICE-FOIA@ice.dhs.gov>

Hi ICE-FOIA,

Thank you for clarifying. I'd like to revise by removing the request for names.

Thank you,
Lila
[Quoted text hidden]

---

**Lila Hassan** <lh2996@columbia.edu>                                     Tue, Aug 11, 2020 at 2:42 PM
To: ICE-FOIA <ICE-FOIA@ice.dhs.gov>

Hello,

I hope this finds you well and in good health. I am writing to inquire on the status of my request for reference
number **2020-ICFO-27750.** I was meant to receive the information by June and it is now August - could you kindly let me
know when to expect it or how can I facilitate it? Thank you.

Best,
Lila
[Quoted text hidden]
--
Lila Hassan
Reporter, Toni Stabile Center for Investigative Journalism
+1-347-935-2152 (Mobile, WhatsApp, Signal)
www.lilahassan.com
Twitter: @lilahass

# EXHIBIT D

**SUBJECT LINE: FOIA REQUEST AMENDMENT AND REQUEST FOR EXPEDITION - ICE FOIA Case Number 2020-ICFO-27750**

U.S. Immigration and Customs Enforcement
Freedom of Information Act Office
500 12th Street SW, Stop 5009
Washington, D.C. 20536-5009
Fax (202) 732-4266
ICE-FOIA@dhs.gov

August 11, 2020.

Dear Records Access Officer,

In seeking information regarding the use of firearms by US. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) officers, ICE Spokesperson Danielle Bennett provided me with total numbers tracked for FY2016-2020 on Tuesday, February 11, 2020. However, Ms. Bennett advised that I request additional information I am seeking through the Freedom of Information Act Office.

I have already submitted a FOIA Request (**ICE FOIA Case Number 2020-ICFO-27750**) requesting the locations (city, state) and dates of all of the critical incident weapons discharges (i.e. firearms usage) over the past five years:

- FY 2020 (as of February 7) – 4
- FY 2019 – 8
- FY 2018 – 12
- FY 2017 – 13
- FY 2016 – 6

On March 16, 2020 at 10:54 AM EST, I received a message from ICE-FOIA@dhs.gov with the following note requesting action:

*"In your request you state that you would also like the names of individuals. In order to receive that information a third party authorization form is required. You also have the option to revise your request. Please advise us of how you would like to proceed."*

On March 16, 2020 at 3:09 PM EST, I confirmed that I would like the names removed but the dates and locations of the incidents kept. Given the delay in processing my request, I am requesting an amendment to the original request (**ICE FOIA Case Number 2020-ICFO-27750**) with the following information, pursuant to the Freedom of Information Act (FOIA) 5 U.S.C. § 552 and The Privacy Act (PA), 5 U.S.C. § 552a.

- The locations (city, state), dates, and <u>ages of all arrested individuals</u> of all of the critical incident weapons discharges (i.e. firearms usage) of all of FY 2016, FY 2017, FY 2018, FY

2019, and FY 2020 thus far, <u>including August 2020 and every month of FY2020 through the date this request is ultimately fulfilled</u>. Therefore, for example, should the information requested not be processed and delivered until September 2020, I request that the locations (city, state), dates, and ages of all arrested individuals of all of the critical incident weapons discharges (i.e. firearms usage) of August and September 2020 be included.

Further, I request that this amended FOIA request (**ICE FOIA Case Number 2020-ICFO-27750**) be expedited as the information requested is a life-or-death matter and a threat to individuals' public safety. This information is in the public interest as the threat of physical harm exists in the detailed Federal government activity. My primary job is to disseminate information and there is an urgency to inform the public about this Federal government activity.

Please transmit these records to me electronically, via email or other electronic means. My email address is: lh2996@columbia.edu. Please do not print mail me paper records if it is not necessary to do so.

In accordance with FOIA requirement that an agency respond within five business days of a request, I look forward to hearing from you as soon as possible. If for any reason any portion of my request is denied, please inform me of the reasons for the denial in writing and provide the name and address of the person or body to whom an appeal should be directed.

This information is being sought after on behalf of Columbia Journalism School. The requested information will be made available to the general public, and this request will not be used for commercial purposes. Therefore, pursuant to 5 U.S.C. §552(a)(4)(A)(iii), I request a waiver of all fees associated with this request. The law allows you to impose a waiver or reduction of fees when information is sought in the public interest, as is the case for this request.

If for any reason any portion of my request is denied, please inform me of the reasons for the denial in writing and provide the name and address of the person or body to whom an appeal should be directed. If my request is too broad or does not reasonably describe the records, please contact me via email so that I may clarify my request. For any documents that are withheld on the grounds of an exemption, privilege, or other reason, please justify each omission separately by reference to specific exemptions of the Act and release all reasonably segregable portions of otherwise exempt material.

As I am making this request as a journalist and this information is of timely value, I would appreciate your communicating with me by telephone and email rather than by postal mail. If you have questions regarding this request, I can be reached at lh2996@columbia.edu or (preferably) 347-935-2152.

Sincerely,
Lila Hassan

7902 Bay Parkway, Apt. C1
Brooklyn, NY 11214
347-935-2152 (mobile)
lh2996@columbia.edu