UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LILA HASSAN,

    *Plaintiff*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

    *Defendants*.

Case No. 1:21-cv-877 (RCL)

## ORDER

Pursuant to Local Civil Rule 16.3(b)(10), parties to a FOIA action are exempted from typical scheduling order requirements. As such, the burden is on the Government to produce a *Vaughn* index with a supporting motion to dismiss or motion for summary judgment, as appropriate. The index and supporting motion shall be filed within thirty (30) days of this date, or such further time as this Court allows.

It is **SO ORDERED**.

Date: May 26, 2021

                                                Hon. Royce C. Lamberth
                                              United States District Judge