UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LILA HASSAN,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Case No. 21-cv-0877 (RCL) |

## MOTION TO VACATE THE BRIEFING SCHEDULE

Defendants U.S. Department of Homeland Security ("DHS") and U.S. Immigration and Customs Enforcement ("ICE") ("Defendants"), and Plaintiff Lila Hassan ("Plaintiff" and, together with Defendants, "Parties"), by and through undersigned counsel, respectfully submit this Motion requesting that the Court vacate the briefing schedule set in its May 26, 2021 Order. *See* ECF No. 10.

On March 31, 2021, Plaintiff filed a complaint under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 ("Complaint" or "Compl."). ECF No. 1. On May 10, 2021, Defendants filed their Answer. ECF No. 9.

On May 26, 2021, this Court issued an Order setting forth a schedule for summary judgment briefing in this case, set to commence on June 25, 2021. However, the Parties wish to try and resolve this case without further litigation. ICE is conducting searches and will be producing records to Plaintiff. As such, the Parties believe that this matter is not ripe for the setting of a briefing schedule for dispositive motions and request that the Parties be allowed to propose a briefing schedule after its production is complete, if briefing is still required. Filed simultaneously

with this Motion is a Joint Status Report from the Parties that updates the Court as to progress on this case. *See* Joint Status Report, ECF No. 12,

The Parties respectfully request that the Court vacate the briefing schedule set in its May 26, 2021 Order, to allow the Parties to potentially resolve this case without further litigation.

Date: June 25, 2021

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK,
Acting Chief, Civil Division

By:    /s/*Kristin D. Brudy-Everett*
KRISTIN D. BRUDY-EVERETT
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 252-2536
Kristin.Brudy-Everett@usdoj.gov

*Counsel for Defendant*

/s/  *Matthew Topic*
Matthew Topic, IL0037
Joshua Burday, IL0042
Merrick Wayne, IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

*Counsel for Plaintiff*