UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LILA HASSAN,<br><br>     *Plaintiff,*<br><br>  v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>     *Defendants*. | Civil Action No. 21-0877 (RCL) |

### JOINT STATUS REPORT

  Pursuant to the Court's June 29, 2021 Minute Order, Plaintiff Lila Hassan and Defendants U.S. Department of Homeland Security and U.S. Immigration and Customs Enforcement (collectively "Defendants"), by and through undersigned counsel, hereby submit this Joint Status Report ("JSR"). The parties report as follows:

  1. On March 31, 2021, Plaintiff filed a complaint under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. *See* Compl., ECF No. 1. Plaintiff's Complaint relates to a FOIA request seeking records regarding all incidents of critical incident weapons discharge by ICE agents or employees in the course of detaining or arresting suspects. *See* Compl. ¶¶ 1, 7; *see also* Exhibit A (ECF No. 1-1).

  2. As previously reported, an initial search by ICE returned 91 pages of potentially responsive records and Defendant agreed to produce the records by July 1, 2021. ICE conducted additional searches and agreed to produce any responsive records at a rate of 500 pages per month. Defendants agreed to update Plaintiff as to the status of the searches and/or record processing by July 15, 2021, with the intent of setting up a production schedule (if needed) at that time. *See* Joint

Status Report, ECF No. 12.

3. Defendants produced 91 pages in June 2021 and 7 pages in August 2021. Defendants have received approximately 30 other pages and are now in the process of reviewing these documents, appropriately redacting any exempt information for which foreseeable harm would result if publicly released, and following other internal steps required before any release. Defendants plan to produce the final production by September 1, 2021.

4. Once Defendants release all non-exempt records, counsel for the parties will confer and attempt to narrow or resolve any substantive issues of disagreement.

5. In light of the present status of Defendants' response to Plaintiff's FOIA request, and to give Plaintiff time to review the final response, the parties respectfully request that the Court order the parties to submit another joint status report updating the Court within approximately 60 days: on or before October 25, 2021.

Dated: August 24, 2021

*/s/ Matthew Topic*
Matthew Topic, D.C. Bar No. IL 0037
Joshua Burday, D.C. Bar No. IL 0042
Merrick Wayne, D.C. Bar No. IL 0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

*Attorneys for Plaintiff*

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar # 415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

*/s/ Stephanie R. Johnson*
STEPHANIE R. JOHNSON
D.C. Bar # 1632338
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7874
Stephanie.Johnson5@usdoj.gov

*Attorneys for Defendants*