UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LILA HASSAN,<br><br>            *Plaintiff,*<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>            *Defendants*. | Civil Action No. 21-0877 (RCL) |

## JOINT STATUS REPORT

Pursuant to the Court's October 28, 2021 Minute Order, Plaintiff Lila Hassan and Defendants U.S. Department of Homeland Security and U.S. Immigration and Customs Enforcement (collectively "Defendants"), by and through undersigned counsel, hereby submit this Joint Status Report ("JSR"). The parties report as follows:

1. On March 31, 2021, Plaintiff filed a complaint under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. *See* Compl., ECF No. 1. Plaintiff's Complaint relates to a FOIA request seeking records regarding all incidents of critical incident weapons discharge by ICE agents or employees in the course of detaining or arresting suspects. *See* Compl. ¶¶ 1, 7; *see also* Exhibit A (ECF No. 1-1).

2. As previously reported, an initial search by ICE returned 91 pages of potentially responsive records and Defendant agreed to produce the records by July 1, 2021. ICE conducted additional searches and agreed to produce any responsive records at a rate of 500 pages per month. Defendants agreed to update Plaintiff as to the status of the searches and/or record processing by July 15, 2021, with the intent of setting up a production schedule (if needed) at that time. *See* Joint

Status Report, ECF No. 12. Defendants produced 91 pages in June 2021, 7 pages in August 2021, and 41 pages on September 1, 2021.

3. Defendants have released all non-exempt records. Currently, the parties are attempting to narrow and/or resolve any substantive issues of disagreement.

4. In light of the above, to give Plaintiff time to review the final response, the parties respectfully request that the Court order the parties to submit another joint status report updating the Court within approximately 60 days: on or before <u>February 28, 2022</u>.

| | |
|---|---|
| Dated: December 28, 2021 | Respectfully submitted, |
| */s/ Matthew Topic* <br> Matthew Topic, D.C. Bar No. IL 0037 <br> Joshua Burday, D.C. Bar No. IL 0042 <br> Merrick Wayne, D.C. Bar No. IL 0058 <br> LOEVY & LOEVY <br> 311 North Aberdeen, 3rd Floor <br> Chicago, IL 60607 <br> 312-243-5900 <br> foia@loevy.com <br><br> *Attorneys for Plaintiff* | MATTHEW M. GRAVES, D.C. Bar # 481052 <br> United States Attorney <br><br> BRIAN P. HUDAK <br> Acting Chief, Civil Division <br><br> */s/ Stephanie R. Johnson* <br> STEPHANIE R. JOHNSON <br> D.C. Bar # 1632338 <br> Assistant United States Attorney <br> United States Attorney's Office <br> Civil Division <br> 555 4th Street, N.W. <br> Washington, D.C. 20530 <br> (202) 252-7874 <br> Stephanie.Johnson5@usdoj.gov <br><br> *Attorneys for Defendants* |