UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LILA HASSAN,<br><br>    *Plaintiff,*<br><br>  v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    *Defendants*. | Civil Action No. 21-0877 (RCL) |

**JOINT STATUS REPORT**

  Plaintiff Lila Hassan and Defendants, U.S. Department of Homeland Security and U.S. Immigration and Customs Enforcement (collectively, "Defendants"), by and through undersigned counsel, hereby submit this Joint Status Report ("JSR"). The parties report as follows:

  1.  On March 31, 2021, Plaintiff filed a complaint under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. *See* Compl., ECF No. 1. Plaintiff's Complaint relates to a FOIA request seeking records regarding all incidents of critical incident weapons discharge by ICE agents or employees in the course of detaining or arresting suspects. *See id.* ¶¶ 1, 7; *see also* Exhibit A, ECF No. 1-1.

  2.  As previously reported, an initial search by ICE returned 91 pages of potentially responsive records and Defendant agreed to produce the records by July 1, 2021. ICE conducted additional searches and Defendants produced 91 pages in June 2021, 7 pages in August 2021, and 41 pages on September 1, 2021. Defendants recently made an additional release on September 21, 2022.

  3.  Defendants previously reported that they have completed processing all responsive

records; however, after the parties have met and conferred, Defendants have agreed to release additional information. Defendants made a release on November 29, 2022, and January 12, 2023. Plaintiff completed her review and does not contest the adequacy of the search or the withholdings. The parties have narrowed the issues to Plaintiff's claims for attorney's fees.

4. The parties are continuing to work cooperatively without the Court's intervention and request additional time to discuss Plaintiff's claims for attorney's fees.[1]

5. In light of the above, the parties respectfully request that the Court orders the parties to submit another joint status report on or before May 18, 2023, updating the Court on their discussions and whether a briefing schedule is necessary.

Dated: April 3, 2023

/s/ Merrick Wayne
Merrick Wayne, D.C. Bar No. IL0058
Matt Topic, D.C. Bar No. IL0037
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

*Attorneys for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar # 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

/s/ Stephanie R. Johnson
STEPHANIE R. JOHNSON
D.C. Bar # 1632338
Assistant United States Attorney
United States Attorney's Office
Civil Division
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7874
Stephanie.Johnson5@usdoj.gov

*Attorneys for Defendants*

---

[1] Any agreement would require approval by authorized officials of the Department of Justice.