UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LILA HASSAN,<br><br>    *Plaintiff,*<br><br>  v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    *Defendants*. | Civil Action No. 21-0877 (RCL) |

## JOINT STATUS REPORT

  Plaintiff Lila Hassan and Defendants, U.S. Department of Homeland Security and U.S. Immigration and Customs Enforcement (collectively, "Defendants"), by and through undersigned counsel, hereby submit this Joint Status Report ("JSR"). The parties report as follows:

  1.  On March 31, 2021, Plaintiff filed a complaint under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. *See* Compl., ECF No. 1. Plaintiff's Complaint relates to a FOIA request seeking records regarding all incidents of critical incident weapons discharge by ICE agents or employees in the course of detaining or arresting suspects. *See id.* ¶¶ 1, 7; *see also* Exhibit A, ECF No. 1-1.

  2.  As previously reported, Defendants have completed processing all responsive records and Plaintiff does not contest the adequacy of the search or the withholdings. Consequently, the parties have narrowed the issues to Plaintiff's claims for attorney's fees.

  3.  The parties are continuing to work cooperatively without the Court's intervention and request additional time to discuss Plaintiff's claims for attorney's fees.[1]

---

[1]  Any agreement would require approval by authorized officials of the Department of Justice.

4. In light of the above, the parties respectfully request that the Court orders the parties to submit another joint status report on or before June 19, 2023, updating the Court on their discussions and whether a briefing schedule is necessary.

| | |
|---|---|
| Dated: May 17, 2023 | Respectfully submitted, |
| */s/ Merrick Wayne* | MATTHEW M. GRAVES, D.C. Bar # 481052 |
| Merrick Wayne, D.C. Bar No. IL0058 | United States Attorney |
| Matt Topic, D.C. Bar No. IL0037 | |
| LOEVY & LOEVY | BRIAN P. HUDAK |
| 311 North Aberdeen, 3rd Floor | Chief, Civil Division |
| Chicago, IL 60607 | |
| (312) 243-5900 | */s/ Stephanie R. Johnson* |
| foia@loevy.com | STEPHANIE R. JOHNSON |
| | D.C. Bar # 1632338 |
| *Attorneys for Plaintiff* | Assistant United States Attorney |
| | United States Attorney's Office |
| | Civil Division |
| | 601 D Street, N.W. |
| | Washington, D.C. 20530 |
| | (202) 252-7874 |
| | Stephanie.Johnson5@usdoj.gov |
| | |
| | *Attorneys for Defendants* |