UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LILA HASSAN,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Civil Action No. 21-0877 (RCL) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: July 19, 2023

| | |
|---|---|
| */s/ Merrick Wayne*<br>Merrick Wayne, D.C. Bar No. IL0058<br>LOEVY & LOEVY<br>311 North Aberdeen, 3rd Floor<br>Chicago, IL 60607<br>312-243-5900<br>foia@loevy.com<br><br>*Attorneys for Plaintiff* | MATTHEW M. GRAVES, D.C. Bar # 481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>*/s/ Stephanie R. Johnson*<br>STEPHANIE R. JOHNSON<br>D.C. Bar # 1632338<br>Assistant United States Attorney<br>United States Attorney's Office<br>Civil Division<br>601 D Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-7874<br>Stephanie.Johnson5@usdoj.gov<br><br>*Attorneys for the United States of America* |